AO 91 (Rev. 12/93) Criminal Complaint

## United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JESUS SALINAS-ESCAMILLA

**CRIMINAL COMPLAINT**

REDACTED

CASE NUMBER: 06- 150M- MPT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __December 4, 2006__ in __New Castle__ County, in the District of Delaware, defendant JESUS SALINAS-ESCAMILLA, a citizen and national of Mexico, knowingly and with reckless disregard of that fact that aliens had come to, entered, and remained in the United States in violation of law, did transport, move and attempt to transport and move such aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law,

in violation of Title ___8___ United States Code, Section(s) __1324(a)(1)(A)(ii).__

I further state that I am a(n) __Special Agent, U.S. Immigration & Customs Enforcement__ and that this complaint is based on the following facts:
                                             Official Title

See attached Affidavit

Continued on the attached sheet and made a part hereof:   Yes

_Michael J. Deshaies_
Michael Deshaies
Special Agent, ICE

Sworn to before me and subscribed in my presence,

December 5, 2006                           at   Wilmington, DE
Date                                            City and State

The Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer        Signature of Judicial Officer

FILED
DEC 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# AFFIDAVIT

I, Michael J. Deshaies, being duly sworn, depose and say:

1. I am a Special Agent with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE), Dover, Delaware. I have been employed as a Special Agent since October 1, 1997, when I was employed by the INS. The INS was transferred to the U.S. Department of Homeland Security as the Bureau of Immigration & Customs Enforcement in March 2003.

2. This investigation is based on information provided by State of Delaware government agencies, INS/ICE records, and observations and interviews of ICE agents and my own observations.

3. In the early morning hours of December 04, 2006, ICE Wilmington received notification from the Delaware State Police that a pickup truck had been stopped on I-95 and that the truck contained 13 persons who spoke little or no English. The truck, registered in Texas, was driven by an individual claiming to be Israel MORALES-Hernandez ("the pickup truck driver"), born on _____ 1984, in Mexico. The pickup truck driver was in possession of over $1,000 in cash.

4. On December 04, 2006, ICE Special Agent William Horn advised the pickup driver of his rights, in Spanish. I have spoken in detail with Special Agent Horn regarding his interview of the pickup truck driver, and I saw Special Agent Horn speaking with him. Once advised of his rights pursuant to *Miranda v. Arizona*, the pickup truck driver signed a written waiver of his rights and agreed to speak with Special Agent Horn. In a sworn statement, which your affiant has reviewed, the pickup truck driver admitted that his true and correct name is Jesús SALINAS-Escamilla, and that he was born on _____ 1984, in Mexico. SALINAS stated that he recently was contacted by individuals who had smuggled him into the United States from Mexico. SALINAS agreed to transport, via pickup truck, illegal aliens from Texas to New Jersey, for financial gain. SALINAS was given cash by those same individuals prior to the drive from Texas to Delaware where the pickup truck was stopped.

5. The 12 passengers in the pickup truck were each interviewed by ICE Agents. Your affiant interviewed several of these passengers. All were found to be in the United States illegally. SALINAS stated, under oath, that he knew that the passengers in the pickup truck were illegal aliens and that he knew that it was illegal for him to be transporting those illegal aliens within the United States.

WHEREFORE, your affiant avers there is probable cause to believe that Jesús SALINAS-Escamilla, a citizen and national of Mexico, knowing and with reckless disregard that aliens had come into, entered, and remained in the United States in violation of law, transported, moved and attempted to transport and move such aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law, in violation of Title 8, United States Code, 1324(a)(1)(A)(ii).

Michael J. Deshaies
Special Agent
U.S. Immigration & Customs Enforcement

Subscribed and sworn to before me this 5 day of December, 2006.

The Honorable Mary Pat Thynge
United States Magistrate Judge