IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>Plaintiff,   )<br>  )<br>v.   )<br>  )<br>JESUS SALINAS-ESCAMILLA   )<br>  )<br>Defendant.   ) | Criminal Action No. 06-MJ-150 |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Shannon T. Hanson as attorney of record for the United States, and enter the appearance of Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney


BY: /s/ Robert F. Kravetz
      Robert F. Kravetz
      Assistant United States Attorney
      Nemours Building, Suite 700
      1007 Orange Street
      P.O. Box 2046
      Wilmington, DE 19899-2046
      302-573-6277, x133

Dated: December 11, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-MJ-150 |
| | ) | |
| JESUS SALINAS-ESCAMILLA, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Sherry Kaminski, hereby certify that on the 11th day of December 2006, I caused to be electronically filed a **Notice of Substitution of Counsel and Entry of Appearance** with the Clerk of the Court using CM/ECF. I further certify that a copy of the foregoing was sent via hand delivery to counsel of record as follows:

Edson Bostic, Esquire
Federal Public Defender's Office
District of Delaware
704 King Street, Suite 110
Wilmington, DE  19801


/s/ Sherry Kaminski
Sherry Kaminski